**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-21990-CIV-SMITH**

RICARDO TORTOSA JULIEN,

Petitioner,

v.

WARDEN, KROME SERVICE PROCESSING CENTER *and* UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.
_______________________________________/

**ORDER TO SHOW CAUSE AND GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

This case is before the Court upon Ricardo Tortosa Julien's ("Petitioner") *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [DE 1]. Petitioner, an immigration detainee subject to a final order of removal, argues that his continued detention violates the due process clause because "[n]oncitizen[s] subject to final orders of removal 'shall' be removed during the first 90 days" unless they fall "within certain broad categories of removability or" are "determined to be a risk to the community or unlikely to comply with the order of removal." (Pet. 6–7.) He requests immediate release, with or without bond. (Pet. 7.)

When considering a § 2241 application for writ of habeas corpus, a court "shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243. "The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." *Id.*

Accordingly, it is **ORDERED AND ADJUDGED** that

1. An expedited review process is ordered due to the nature of the proceedings.
2. Counsel for Respondent must notify the Court within **five days** of receipt of this Order of the name of the Assistant United States Attorney to whom the case is assigned.
3. **Within fifteen (15) days of the date of this order**, Respondent shall file a memorandum of fact and law to show cause why this Petition should not be granted and shall file therewith all documents necessary for the resolution of the Petition.
4. Extensions of time shall not be afforded without documentation confirming that a good faith basis for the extension exists.
5. Petitioner's Motion for Leave to Proceed *in forma pauperis* [DE 3] is **GRANTED**. Petitioner has sufficiently demonstrated indigency such that he need not prepay the Clerk's $5.00 filing fee. *See generally Danglar v. Dep't of Corr.*, 50 F.4th 54, 59–60 (11th Cir. 2022) (noting that an immigration detainee is not a "prisoner" for purposes of the Prison Litigation Reform Act ("PLRA")).

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 20th day of April, 2026.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: **Counsel of Record**

**Ricardo Tortosa Julien,** ***pro se***
A#073-229-700
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194